IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-02274-MSK-PAC

JOELY BITTNER

      Plaintiff,

v.

BLACKHAWK BREWERY AND CASINO, LLC   d/b/a MARDI GRAS CASINO and
EDWARD STANO and
DAVID R. ZORNES, individually,

      Defendants.

_____

### ORDER RE: JOINT STIPULATION FOR DISMISSAL, WITH PREJUDICE
_____

THIS MATTER, coming to be heard, pursuant to the parties Joint Stipulation for Dismissal, With Prejudice **(#54)**, the Court having reviewed the Stipulation and being fully advised in the premises;

DOES ORDER, this matter shall be dismissed, with prejudice, each party to pay their own costs and attorney fees.

DATED this 7th day of November, 2005.

                                             **BY THE COURT:**

                                             Marcia S. Krieger
                                             United States District Judge